KEVIN V. RYAN (CSBN 118321)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ALISON E. DAW (CSBN 137026)
Assistant United States Attorney

*E-FILED 12/15/04*

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5044
   FAX: (408) 535-5081

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BO HUANG, | No. C 04-4377 RS |
|     Plaintiff, | STIPULATION OF SETTLEMENT AND DISMISSAL; [~~PROPOSED~~] ORDER |
|     v. | |
| TOM RIDGE, Secretary of Department of Homeland Security, et al., | |
|     Defendants. | |

    1. Mr. Huang has filed a mandamus action seeking action from defendants on I-730 petitions that he filed on behalf of his wife and his son (referred to collectively as the "beneficiaries"). The I-730 petitions had been approved and forwarded to the Department of Homeland Security in Beijing, but Mr. Huang believed nothing further had been done to complete the steps necessary for his wife and son to obtain visas.

    2. Defendants researched this matter and discovered that DHS-Beijing sent interview notices to the beneficiaries at the address provided by Mr. Huang on the I-730 petitions. The notices required the beneficiaries to appear for interviews on September 9, 2003. The notice was not returned as undeliverable, but the beneficiaries failed to appear for the interviews. DHS-Beijing waited several months, hoping that petitioner or the beneficiaries would contact the

office with new address information, but they received no contact.  As a result, DHS-Beijing returned the I-730 petitions to the U.S. Citizenship & Immigration Services' Nebraska Service Center ("NSC") on or about April 2, 2004.  The NSC sent the petitions to the National Record Center on or about August 19, 2004.

    3. Since it appears that, through no fault of U.S. Citizenship & Immigration Services ("CIS"), beneficiaries never received the interview notice, the parties have agreed to resolve this matter as follows.  Plaintiff and his counsel will submit to defense counsel an executed G-28 (so that U.S. Citizenship & Immigration Services has Mr. Wang listed as counsel of record for plaintiff with respect to the I-730 petitions) and a current address for the beneficiaries written in both English and Chinese characters.  Defense counsel will forward both items to the NSC.  The staff at the NSC will forward the petitions with the new address information to DHS-Beijing, which will process them and schedule the beneficiaries for an interview in accordance with the customary procedures of that office.

    4. Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and the terms of this settlement agreement, the parties hereby stipulate to dismissal of this action without prejudice.  Each party shall bear his/its own attorney's fees and costs.

DATED: December 15, 2004　　　　　　　Respectfully submitted,

                                                      KEVIN V. RYAN
                                                     United States Attorney

                                                     /s/ Alison E. Daw
                                                   ALISON E. DAW
                                                   Assistant United States Attorney

DATED: December 15, 2004　　　　　　　Respectfully submitted,

                                                     BAUGHMAN & WANG

                                                   /s/ Justin X. Wang
                                                   JUSTIN X. WANG
                                                   Attorneys for Plaintiff

## **ORDER**

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

DATED: December 15, 2004

/s/ Richard Seeborg
RICHARD SEEBORG
United States Magistrate Judge

STIPULATION OF SETTLEMENT AND DISMISSAL;
[PROPOSED] ORDER
C 04-4377 RS                    -3-